**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EARL RAY MAXWELL, ADC #86502                                                                 PETITIONER

v.                                              NO. 5:13CV00362 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                              RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 2nd day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE